# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

November 8, 2021

Papool S Chaudhari
PRA Law
2800 Bartons Bluff Lane #1902
Austin, TX 78746

Attorney Admissions Record: 4:00–mc–35075

Dear Counsel:

The term of your admission to practice before the United States District Court for the Southern District of Texas will expire one month from the date of this notice.

Attorney membership renewals should be completed electronically through District CM/ECF. Instructions on how to renew your membership electronically, including electronic payment of the renewal fee can be found on the court's website at
www.txs.uscourts.gov/page/AdmissionsMembershipRenewal.

If you received this notice electronically, you are a registered Filing User of the Court's Electronic Filing System (ECF). If you do not remember your login and password, a written request to obtain your login and password must be submitted by email to Houston-Atty-Adm@txs.uscourts.gov.

If you received this notice by mail, you are not a registered Filing User of the Court's Electronic Filing System (ECF). Under the Courts Administrative Procedures for our Electronic Filing System (ECF), attorneys admitted to the bar of this Court are required to register as Filing Users of the Court's Electronic Filing System. Information on how to become a Filing User can be found on the court's website at
www.txs.uscourts.gov/page/DistrictECFRegistration.

**Once you have registered, then you may complete your renewal electronically following the instructions referenced in the second paragraph.**

Sincerely,

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk